JOHN F. GARLAND   #117554
Attorney at Law
1713 Tulare Street, Suite 221
Fresno, California  93721

Telephone:  (559) 497-6132
Facsimile:   (559) 579-1530

Attorney for Defendant,
LARRY ROSS

## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LARRY ROSS,<br><br>    Defendant. | Case No. 1:14-CR-00074 AWI-BAM<br><br>**STIPULATION TO SET HEARING FOR CHANGE OF PLEA AND  ORDER THEREON**<br><br>**Date:  May 27, 2014**<br>**Time:  10:00 a.m.**<br>**Courtroom Two**<br>**Honorable Anthony W. Ishii** |

Defendant, LARRY ROSS, through his counsel, John F. Garland and the United States of America, through its counsel, Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant United States Attorney, hereby stipulate to set a hearing for the defendant's Change of Plea on **May 27**, **2014** at **10:00 a.m.** before Senior United States District Judge Anthony W. Ishii.

It is further stipulated that the Status Conference currently set on May 27, 2014 at 1:00 p.m. before United States Magistrate Judge Barbara A. McAuliffe be VACATED.

Dated: May 16, 2014                              /s/ John F. Garland
                                                                    John F. Garland
                                                           Attorney for Defendant
                                                                        Larry Ross

1

Dated: May 16, 2014                                Benjamin B. Wagner
                                                   United States Attorney

                                                    /s/ Kimberly A. Sanchez
                                                   KIMBERLY A. SANCHEZ
                                                   Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, based on the stipulation of the parties,

IT IS HEREBY ORDERED that a Change of Plea hearing for defendant LARRY ROSS is set on May 27, 2014 at 10:00 a.m. before Senior United States District Judge Anthony W. Ishii.

IT IS FURTHER ORDERED that the Status Conference currently set on May 27, 2014 at 1:00 p.m. before United States Magistrate Judge Barbara A. McAuliffe is VACATED.

IT IS SO ORDERED.

Dated:   May 16, 2014                              _____
                                                   SENIOR DISTRICT JUDGE